FILED
CLERK, U.S. DISTRICT COURT

12/8/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin W. Northouse,<br><br>    Plaintiff,<br><br>    v.<br><br>Standard Insurance Company,<br><br>    Defendant. | NO. CV 17-7155 FMO (JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 8th day of December, 2017.

                                                                             /s/
                                                     Fernando M. Olguin
                                                   United States District Judge